**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION**

NSAC, LLC

      Plaintiff,                              Case No.: 2:22-cv-14106-AMC

v.

THE SCHOOL BOARD OF
ST. LUCIE COUNTY, FLORIDA

      Defendant.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of William I. Stewart of the law firm of Williams and Connolly, LLP, 725 Twelfth Street NW, Washington D.C. 20005, (202) 434-5000, for purposes of appearance as co-counsel on behalf of NSAC, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit William I. Stewart to receive electronic filings in this case, and in support thereof states as follows:

      1.      William I. Stewart is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of the state of Pennsylvania and the District of Columbia.

      2.      Movant, Michael A. Abel, Esquire, of the law firm of Abel Bean Law, P.A., is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be

served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

      3.      In accordance with the local rules of this Court, William I. Stewart has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

      4.      William I. Stewart, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to William I. Stewart at email address: wstewart@wc.com.

WHEREFORE, Michael A. Abel, moves this Court to enter an Order William I. Stewart, to appear before this Court on behalf of NSAC, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to William I. Stewart.

Date: March 29, 2022                        Respectfully submitted,

                                                        /s/ Michael A. Abel
                                                         Michael A. Abel, Esq.
                                                        Florida Bar No. 0075078
                                                        mabel@abelbeanlaw.com
                                                        Abel Bean Law, P.A.
                                                        100 North Laura Street, Ste. 501
                                                        Jacksonville, FL 32202
                                                        Telephone: (904) 944-4103
                                                        Facsimile: (904) 944-4122

                                                        Attorney for NSAC, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion will be served on Defendant with the Complaint, Civil Cover Sheet, and Summons.

                                                            */s/ Michael A. Abel*
                                                            Michael A. Abel