UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

NSAC, LLC,

                Plaintiff,

v.

THE SCHOOL BOARD OF ST. LUCIE COUNTY, FLORIDA,

                Defendant.

Case No. 2:22-cv-14106-AMC

**PLAINTIFF NSAC, LLC'S RESPONSE TO DEFENDANT THE SCHOOL BOARD OF ST. LUCIE COUNTY, FLORIDA'S MOTION TO DISMISS DUE TO MOOTNESS**

Plaintiff NSAC, LLC ("NSAC") hereby submits this response to Defendant The School Board of St. Lucie County, Florida's (the "Board") Motion to Dismiss the Complaint for Lack of Subject Matter Jurisdiction ("Motion") due to mootness.

NSAC's Complaint concerned WCO Spectrum LLC's ("WCO") purported non-binding offer dated February 22, 2022 ("Offer") to purchase the Educational Broadband Service Licenses held by the Board. According to the Board's Motion and its exhibits, WCO withdrew its Offer on May 27, 2022. In light of the withdrawal of the Offer, NSAC does not oppose the Board's motion. Because the Board is seeking to dismiss the Complaint for lack of subject matter jurisdiction, any order of dismissal is not on the merits and should be without prejudice. *See Stalley ex rel. United States v. Orlando Reg'l Healthcare Sys., Inc.*, 524 F.3d 1229, 1232 (11th Cir. 2008).

Dated: June 15, 2022

        Respectfully submitted,

        */s/ Jared J. Burns*
        Michael A. Abel
        Florida Bar No. 0075078
        *mabel@abelbeanlaw.com*
        Jared J. Burns
        Florida Bar No. 1003415
        *jburns@abelbeanlaw.com*
        ABEL BEAN LAW
        100 N. Laura Street, Suite 501
        Jacksonville, FL 32202
        Telephone: (904) 944-4100
        Facsimile: (904) 944-4122

        WILLIAMS & CONNOLLY LLP
        Kenneth J. Brown
        kbrown@wc.com
        R. Kennon Poteat III
        kpoteat@wc.com
        William I. Stewart
        wstewart@wc.com
        680 Maine Avenue SW
        Washington, DC 20024
        Telephone: (202) 434-5000
        Facsimile: (202) 434-5029

        *Attorneys for NSAC, LLC*